Page (1) of (5)

DATE: 9-06-2021

5-21CV0194-H

COPIES MAILED TO EACH ADDRESS:

DEPUTY DIRECTOR-
OIG - INTERNAL AFFAIRS DEPT.
P.O. BOX 4005
HUNTSVILLE, TEXAS- 77342-4005

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
Sept 14 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

FEDERAL PROSECUTOR-
U.S. DISTRICT COURT
LUBBOCK DIVISION
1205 TEXAS- AVENUE
ROOM 209
LUBBOCK, TEXAS- 79401

DISTRICT ATTORNEY
DAWSON COUNTY TEXAS
COURTHOUSE ANNEX
609 N. 1ST. STREET
P.O. BOX 1124
LAMESA, TEXAS- 79331-5407


RECEIVED
SEP 14 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

I WANT TO FILE A CITIZEN'S COMPLAINT - FOR THEFT, EXTORTION, ROBBERY -

DONE TO ME:

DALE RAY HANSON
# 551017 SMITH UNIT
1313 CO. RD. 19
LAMESA, TEXAS - 79331

BY PERSON OF:

LATONYA SHIELDS
OF: 2701 LONGMIRE DRIVE
COLLEGE STATION, TEXAS -

AS $700.00 (SEVEN HUNDRED DOLLARS) OF MY STIMULUS IRS CHECK WAS EXTORTED FROM ME BY LATONYA SHIELDS - OF - 2701 LONGMIRE DRIVE - COLLEGE STATION, TEXAS -

(END PAGE ONE)

Page (3) Three

I want to file a written Complaint/Affidavit- for Criminal Charges- for Extortion- Theft, - Robbery -

Against: Latonya Shields- of 2701 Longmire Drive College Station, Texas-

For Theft! Extortion! of my $700.00 (Seven Hundred Dollars.

Please! Contact me-! Interview me ASAP!

Respectfully Submitted,
Signed) Dale Ray Hanson
Dale Ray Hanson
#551017 HSJ-1166(B)
Smith Unit
1313 CJ. Rd. 19
Lamesa, Texas- 79331

Dale Roy Henson
# 551017 - MSCI- 116
Smith Unit
1313 CT. RO. 19
Lamesa, Texas - 79331

LUBBOCK TX 794
9 SEP 2021 PM 1 L

RECEIVED
SEP 14 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL
mail

Federal Prosecutor
U.S. District Court
Lubbock Division
1205 Texas Avenue
Room 209
Lubbock, Texas - 79401

79401-402759

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION